**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

TyShema Nelson, Kevin Hairston, Eddie Williams, IV, Rodney Sapp, Shawn Hairston, and John Doe, Defendants,

Of whom TyShema Nelson is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-002633

---

Appeal From Dillon County
Michael S. Holt, Family Court Judge

---

Unpublished Opinion No. 2016-UP-270
Submitted May 5, 2016 – Filed June 3, 2016

---

**AFFIRMED**

---

Melvin Wayne Cockrell, III, of Cockrell Law Firm, P.C., of Chesterfield, for Appellant.

John D. McInnis, Jr., of John D. McInnis, Jr., Attorney at Law, of Dillon; and Scarlet Bell Moore, of Greenville, both for Respondent.

Jesse Stanley Cartrette, Jr., of Florence, for the Guardian ad Litem.

———————————

**PER CURIAM:** TyShema Nelson appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Nelson's counsel.

**AFFIRMED.**[1]

**WILLIAMS, LOCKEMY, and MCDONALD, JJ., concur.**

———————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.